DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:  (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax:  (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>2BUDZ HOLDING, LLC, an Arizona limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 3:22-cv-00885-LAB-AHG<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)**<br><br>Judge:　Hon. Larry A. Burns<br>Crtm:　14A |

1  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A) of the Federal
2  Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action with
3  prejudice.  Defendant 2Budz Holding, LLC has not filed an answer or motion for
4  summary judgment.

6  Dated: March 16, 2023              ALLEN MATKINS LECK GAMBLE
                                                          MALLORY & NATSIS LLP

                                                   By:      */s/ Edward G. Fates*
                                                          DAVID R. ZARO
                                                          EDWARD G. FATES
                                                          MATTHEW D. PHAM
                                                          Attorneys for Plaintiff
                                                          KRISTA FREITAG, Receiver